UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:24-cr-00236-SPG-001                                            Date: 08/15/2024

Present: The Honorable: Alka Sagar, U.S. Magistrate Judge

Interpreter N/A                                                Language N/A

| Alma Felix | 08/15/2024 | Ian Yanniello/Haoxiaohan Cai |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present   In Custody          Attorneys for Defendants:  ✔ Present  Retained

Jasveen Sangha                                         Alexandra S Kazarian

Proceedings: Arraignment of Defendant and/or     ✔ Assignment of Case     Appointment of Counsel
                                                                   Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Sherilyn Peace Garnett.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 10/08/2024 8:30 AM;
Status Conference:,08/28/2024 9:30 AM
* Government counsel provides trial estimate of 4-5 days.
* Judge Garnett is located in 5C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA           PSAED           PSASA
  ✔ USMLA           USMED           USMSA         Initial Appearance/Appointment of Counsel: 00 : 00
     Statistics Clerk                 Interpreter                   Arraignment: 00 : 02
     CJA Supervising Attorney         Fiscal                Initials of Deputy Clerk: AF by TRB