FILED
CLERK, U.S. DISTRICT COURT

AUG 15 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASVEEN SANGHA,<br><br>Defendant. | Case No. CR 24-236(A)-SPG<br><br>ORDER OF DETENTION |

I.

On August 15, 2024, Defendant Jasveen Sangha made her initial appearance on the First Superseding Indictment filed in this matter. Defendant was represented by retained counsel, Alexandra Kazarian. The government was represented by Assistant United States Attorneys Ian Yanniello and Haoxiaohan Cai. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Information regarding Defendant's employment, finances and ability to support her current lifestyle is unverified. Background information is only partially verified by Defendant's mother, including lack of verification regarding Defendant's foreign travel, employment, and finances. .
- ☒ Defendant is a dual citizen of the United States and The United Kingdom.
- ☒ The First Superseding Indictment charges Defendant with conspiracy to distribute ketamine resulting in death and maintaining a drug involved premises – allegations which are materially different from and significantly more serious than the previous charges that Defendant faced. Defendant now faces a mandatory minimum sentence of 10 years imprisonment.
- ☒ Substance use history
- ☒ Unrebutted Presumption.

As to danger to the community:

- ☒ allegations in the First Superseding Indictment.
- ☒ Defendant is alleged to have instructed her co-conspirator to delete text messages evidencing their involvement in the charged offenses

☒ Until she was apprehended, Defendant continued to distribute ketamine even after she was aware that two persons had died after taking the ketamine she provided and that ketamine can cause death.

☒ Unrebutted Presumption.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 15, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE