# Exhibit A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Haoxiaohan Cai / Ian V. Yanniello*  
*Phone: (213) 894-0762/3667*  
*E-mail: Haoxiaohan.cai@usdoj.gov*  
   *Ian.Yanniello@usdoj.gov*

*1100/1500 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

January 7, 2025

Mark Geragos & Alexandra S. Kazarian  
Geragos and Geragos APC  
644 South Figueroa Street  
Los Angeles, CA 90017-3411  
E: Geragos@Geragos.com

  Re: <u>US v. Jasveen SANGHA et al.</u>, CR 24-236-SPG(A)

Dear Mr. Geragos and Ms. Kazarian:

You have advised me that your client, Jasveen SANGHA, wishes to meet with the United States Attorney's Office for the Central District of California ("this Office") for the purpose of making a proffer in connection with the above-referenced matter. This Office is willing to meet with you and your client under the following terms and conditions:

  (1) You and your client understand that

    (a) this agreement binds only you, your client, and this Office; it does not bind any other law enforcement or prosecuting authority;

    (b) law enforcement personnel will be present at the meeting as invited by this Office;

    (c) this agreement is limited to the statements made by your client at the meeting to be held on ~~January 8,~~ *March 13,* 2025, and does not apply to any statements made by your client at any other time, whether oral, written or recorded;

    (d) any information provided by you on behalf of your client is covered by this agreement as if it had been provided by your client;

    (e) this agreement does not provide any protections to your client not expressly set forth herein.

Mark Geragos & Alexandra Kassarian
RE: <u>US v. Jasveen SANGHA et al.</u>, CR 24-236-SPG(A)
January 7, 2025
Page 2

   (2) Your client will respond truthfully and completely to any and all questions put to your client at the meeting;

   (3) Except as otherwise provided in paragraphs four, five, and six herein, in the above-captioned case and in any other prosecution that may be brought against your client by this Office, this Office will not offer in evidence in its case-in-chief, or offer in evidence in connection with any sentencing proceeding for the purpose of determining an appropriate sentence, any statements made by your client at the meeting;

   (4) Notwithstanding paragraph three above, this Office may:

     (a) Use all information derived directly or indirectly from the meeting for the purpose of obtaining and pursuing leads to other evidence (including any information or data obtained from digital devices upon your client's disclosure of any passwords or PINs during the meeting), which evidence may be used for any purpose, including any prosecution of your client;

     (b) Use statements made by you or your client at the meeting and all evidence obtained directly or indirectly from those statements for the purpose of cross-examination should your client testify, or to refute or counter at any stage of the proceedings (including this Office's case-in-chief at trial) any evidence, argument, statement or representation offered by or on behalf of your client in connection with any proceeding; and

     (c) Disclose statements made by you or your client at the meeting and all evidence obtained directly or indirectly from those statements to the United States Probation and Pretrial Services Office and/or the Court, which may use such information for the purposes set forth in U.S.S.G. § 1B1.8(b) and for determining the sentence to be imposed.

   (5) This Office reserves the right to use any statements or information provided by your client in any prosecution for false statements, obstruction of justice or perjury;

   (6) Your client's complete truthfulness and candor are express material conditions to the undertakings of this Office set forth in this letter. Therefore, if this Office should ever conclude that your client has knowingly withheld material information from this Office or otherwise not been completely truthful and candid, this Office may use against your client for any purpose (including sentencing) any statements made or other information provided by your client during the meeting. If this Office so concludes, it will notify you before making any use of such statements or other information.

   (7) No plea discussions or negotiations will occur during the meeting, and any statements made by your client during the meeting will not be "plea discussions" or any "related statement" within the meaning of Rule 11(f) of the Federal Rules of Criminal Procedure or statements "made in the course of plea discussions" within the meaning of Rule 410(a)(4) of the Federal Rules of Evidence.

Mark Geragos & Alexandra Kassarian
RE: US v. Jasveen SANGHA et al., CR 24-236-SPG(A)
January 7, 2025
Page 3

    (8)    No understandings, promises, agreements and/or conditions have been entered into with respect to the meeting or with respect to any future disposition of the charges pending against your client other than those expressly set forth in this agreement and none will be entered into unless in writing and signed by all parties.

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

_____      3/13/25
AUSA Ian Yanniello / Haoxiaohan Cai      Date
Assistant United States Attorney

I have read the agreement contained in this letter and carefully reviewed it with my attorney. I understand it, and I voluntarily, knowingly and willfully agree to it without force, threat or coercion. No other promises or inducements have been made to me other than those contained in this letter. I am satisfied with the representation of my attorney in this matter.

_____      03/13/25
Jasveen Sangha      Date

I am Jasveen Sangha's attorney. I have carefully reviewed every part of this agreement with my client. To my knowledge, my client's decision to enter into this agreement is informed and voluntary.

_____      3/13/25
Mark Geragos / Alexandra Kassarian      Date
Attorney for Jasveen Sangha

USAO_00048981

# EXHIBIT B
# [Filed Under Seal]