UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR 24-00236-SPG-1   Date: September 3, 2025

Present: The Honorable Sherilyn Peace Garnett, ☑ District Judge / ☐ Magistrate Judge

| Patricia Gomez | Maria Bustillos | N/A | Ian Yanniello |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

**USA v. DEFENDANT(S) PRESENT**

Jasveen Sangha
☑ Custody ☐ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Mark Geragos, Alexandra Kazarian
☐ Appointed ☑ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) 2, 3, 11, 12, and 13 of the First Superseding Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to December 10, 2025 at 8:30 a.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for September 10, 2025 is off calendar as to defendant Jasveen Sangha.
☐ Court orders:

☐ Other:

: 42

Initials of Deputy Clerk  pg

cc:  Probation Office

CR-08 (09/09)           CRIMINAL MINUTES - CHANGE OF PLEA