# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASVEEN SANGHA,<br><br>Defendant. | Case No.: 2:24-cr-00236-SPG<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |

The Court has considered Defendant Jasveen Sangha's Motion to Continue Sentencing Hearing and the record. Good cause appearing,

IT IS ORDERED:

1. The sentencing hearing currently set for December 10, 2025, is continued to February 25, 2025 at 9:30 a.m.

2. The parties shall file any supplemental Rule 32(f) objections and sentencing briefs on a schedule to be set by the Court.

DATED: November 21, 2025

HON. SHERILYN PEACE GARNETT,
UNITED STATES DISTRICT JUDGE