**GERAGOS & GERAGOS**
A Professional Corporation
Lawyers
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone (213) 625-3900
Facsimile (213) 232-3255
Geragos@Geragos.com

MARK J. GERAGOS    SBN 108325
ALEXANDRA KAZARIAN SBN 244494
*Attorneys for Defendant*, JASVEEN SANGHA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASVEEN SANGHA, <br><br> Defendant. | Case No.: 2:24-cr-00236-SPG <br><br> **[PROPOSED] ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |

The Court has considered Defendant Jasveen Sangha's Motion to Continue Sentencing Hearing and the record. Good cause appearing, IT IS ORDERED:

1. The sentencing hearing currently set for February 25, 2026 is continued to _____.

1

[PROPOSED] ORDER

2. The parties shall file any supplemental Rule 32(f) objections and sentencing briefs on a schedule to be set by the Court.

DATED: _____

SHERILYN PEACE GARNETT,
UNITED STATES DISTRICT JUDGE