# Exhibit A

# SEALED