# Exhibit  C

| | |
|---|---|
| **Type:** | Instant Messages |
| **Tag description:** | |
| **Event:** | The ketamine you sold my brother killed him. It's listed as the cause of death, FYI. |
| **Labels:** | Evidence<br>Important |
| **Created:** | 4/10/2024 6:12:12 AM |
| **Modified:** | 4/10/2024 6:12:12 AM |

## Instant Message                                          Go to ▾

| | |
|---|---|
| **Source:** | Native Messages |
| **Subject:** | |
| **Timestamp:** | 5/17/2020 12:16:32 PM(UTC-7) |
| **Status:** | Read |
| **Message Type:** | iMessage |
| **SMSC:** | |
| **Device description:** | |
| **Folder:** | Inbox |
| **Message Deleted Reason:** | |
| **Priority:** | |
| **Service Identifier:** | |
| **Extraction:** | Advanced Logical |
| **Source file:** | iPhone/mobile/Library/SMS/sms.db : 0x9518B35 (Table: message, handle; Size: 737968128 bytes) |

## From

From: mclaurycody ▮▮▮▮

## To

To: +1▮▮▮▮▮▮   Jasveen Sangha (owner)

## CC

## BCC

## Label

## Attachment

## SharedContacts

## Body

The ketamine you sold my brother killed him. It's listed as the cause of death, FYI.

## Map

Position:

Map Address:

USAO_00001212