# Exhibit D

# SEALED