BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, National Security Division
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
1500/1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-3667/0762
Facsimile:     (213) 894-0141
E-mail:   Ian.Yanniello@usdoj.gov
          Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-236-SPG(A)-1 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING EXHIBITS A AND D TO THE GOVERNMENT'S SENTENCING POSITION FOR DEFENDANT JASVEEN SANGHA; DECLARATION OF HAOXIAOHAN CAI |
| v. | |
| JASVEEN SANGHA, | |
| Defendant. | |

The government hereby applies ex parte for an order directing

that Exhibit A and D to the Government's Sentencing Position for

Defendant Jasveen SANGHA, be filed under seal.

//

//

//

This application is based upon the attached declaration of Haoxiaohan Cai, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: March 25, 2026

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States
Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division


_____/s/_____

IAN V. YANNIELLO
HAOXIAOHAN CAI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF HAOXIAOHAN CAI**

I, HAOXIAOHAN CAI, declare as follows:

1.   I am an Assistant United States Attorney for the Central District of California assigned to this case, United States v. JASVEEN SANGHA, 24-CR-236-SPG(A)-1.

2.   The government attached Exhibits A-D to its Sentencing Position for defendant SANGHA and now seeks sealing of Exhibits A and D, as discussed below.  **Exhibit A** contains true and correct copies of (1) an Los Angeles Police Department Report of a Death Investigation for Victim Cody McLaury and (2) the Autopsy Report of Victim Cody McLaury, conducted by the County of Los Angeles, Department of Medical Examiner-Coroner.  **Exhibit D** contains true and correct copies of excerpted text messages between Victim Cody McLaury and defendant.

3.   Both Exhibits A and D were previously produced in discovery to defendant, subject to the Protective Order issued in this case, Dkt. 23.   The government requests sealing of the Exhibits for victim privacy, as there are references to sensitive health information.

4.   On March 25, 2026, I emailed counsel for defendant, Ms. Alexandra Kazarian and Mr. Mark Geragos, regarding the government's ex parte request to file under seal, and as of the submission of this filing, they have not provided a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 25, 2026.

                                    ____/s/_____
                                    HAOXIAOHAN CAI

3