# Exhibit "A"

**August 19, 2024**

RE: JASVEEN SANGHA CHARACTER REFERENCE

Dear Presiding Judge,

I, Sukhpal Paul Singh, declare the following in this letter to offer my support for Jasveen Sangha, my niece. we plead with you for leniency and submit the following letter for your consideration.

I am an entrepreneur, of nearly 40 years. I have background in the fashion like my farther. That is where Jasveen's passion for fashion, art and creativity began. She has curated for and provided gallery space for many underprivileged but talented artists over the years.

I have known Jasveen Sangha, her entire life. I have watched her grow up and turn into a beautiful and educated young lady over the years. When she was in High school she tutored underprivileged children in Mathematics. She graduated UC Irvine. She was an active member of Alpha Kappa Psi Business Sorority. I was specially proud of her, when she obtained her MBA from the revered Hult Business school in 2010.

Jasveen is very much engaged with her family and friends and loved by all for her smile and kindness. Jasveen volunteered at the Motion Picture Fund facility in Calabasas, where they provide care to elderly members of the film industry. Her character is irreproachable. She is filled with compassion and is very empathetic and selfless. Over the years I have known her to open her house to friends that were in need due to domestic violence issues without a second thought. She would go beyond anyone's expectations to assist these girls.

In recent years, we experienced a heavy loss in our family, when our patriarch, My father, her grandfather, passed away. Jasveen is a caring person and where family is held above all. I can understand how her suffering stemming from grief and other losses and hardship led to her depression. I was aware of her emotions then and encouraged her to seek grief counseling. Knowing her this must

S. Paul Singh                   4435 Colfax Ave. Suite 106 Studio City, CA 91602

1 of 2

be the turning point. She would never want to harm another person intentionally. She is remorseful about what has transpired.

I want to stress to the court that given the opportunity with the proper help and care and support, that me and my sister (her mother) and the rest of our family will provide, we can nurture her back to the person she was raised to have been with moral values, and to be a highly educated contributing member of, and be beneficial to the community and society once again.

SINCERELY,

SUKHPAL PAUL SINGH

Rosina Basi                                                      08/19/2024
rbasi@hotmail.com
(310) 359-0332

To whom it may concern,

I am writing to you to advocate for Jasveen Sangha, whom I have known for 41 years. We are cousins and have spent the majority of life together in closeness. From childhood (attending the same schools) throughout our teen years and early adulthood. It is an honor to vouch for her character and integrity in my time knowing her.

Jasveen Sangha has always displayed qualities of honesty, consideration, and responsibility, both as a friend and in her personal endeavors. She always pursued education as her highest priority and always excelled in every area throughout the educational system. She was always available to tutor and provide support for me in and out of the classroom. I admired her early goals and achievements since childhood. While in our teen years, very frequently she would have the responsibility of getting us both on the school bus, walking together to her home, cooking us both a meal and making sure our homework was done. In our adulthood I chose for her to provide a speech at my wedding. I made this decision over many other close relatives because I trust her, and she has never made me question her genuine intentions throughout our lifetime. I have known her to be truthful on many occasions regarding her personal life and never witnessed any signs of deceit.

I believe that Jasveen Sangha's conduct and character are admirable and make her deserving of your consideration. Please feel free to contact me at the number or email address listed above should you require any further information or clarification.

Thank you for your time and consideration.

Sincerely,

Rosina Basi

To The Honorable Judge.

My name is Surinder, Channa, and by profession I am a manufacturer and wholesaler of women's fashion.

I am writing this letter as a character reference for my niece, Miss Jasveen Sangha. I have been part of Jasveens life since the day she was born and over the years my relationship with her has been much like a godfather in addition to being her uncle.

I have had the privilege of watching her grow up from a shy, kind hearted child to a thoughtful and compassionate young woman who holds her family close to her heart. In all of my years of knowing Jasveen I have never known her to be aggressive or act disrespectful or malicious towards anyone. To the contrary she has always been the type of person who is calm, patient and willing to help others. Anyone who knows Jasveen will testify to how kind and caring and level headed she truly is.

Jasveen has spent time over the years in the family business where she showed great creativity and skills in designing fashion trends projecting forecasts, selecting fabrics and merchandising. She has worked well both as a team leader and as a cooperative member of the team. She showed a natural flair in the creation of The fashion in the world, and was very much liked and earned respect and admiration of those around her through her professionalism and positive attitude.

I am fully aware of the charges before the court are of a serious nature, However, based on my personal experience and a long standing relationship with Jasveen , I sincerely believe that the charges against her are not consistent with her true character. She has always been a good hearted and respectful person, committed to her education and her personal growth- having even pursued her masters degree to further her career and knowledge.

I respectfully asked the court to take into consideration Jasveens long record of good character her integrity and her contributions to her family and community.

I am willing to appear in person before the court or counsel if required to further attest to her character, or any further information needed.

Thank you for taking the time to consider my letter.

Respectfully,

Surinder Channa

13 Hessle Street

London E1 2LR

0044 7973121640

channaice@gmail.com

October 30th 2025

December 26, 2024

To: The Honorable Court
Re: Character Reference Letter for Jasveen Sangha

Your Honor,

I am writing this character reference letter for Jasveen Sangha, whom I have known for nearly three decades. My name is Eiman Behzadi, and I am the founder of a technology company that assists law enforcement in recovering stolen cryptocurrency. Prior to my current role, I served in Army Special Operations and worked within the intelligence community and law enforcement sector. I first met Jasveen in 8th grade, and over the past 28 years, our friendship has evolved into a family-like bond. We remained close throughout our years at UC Irvine, where we were not only classmates but also roommates for a year. This long-standing relationship has given me unique insight into Jasveen's character, values, and the person she truly is.

Throughout the 28 years I have known Jasveen, I have consistently witnessed her extraordinary capacity for kindness and genuine care for others. She possesses a remarkable ability to forge meaningful connections with people from all walks of life, demonstrating sincere interest in their well-being and maintaining these relationships over years. Within our friend group, Jasveen has long served as the cornerstone that keeps us all connected, often being the one to bring people together and maintain those bonds through both celebrations and challenging times.

Her academic achievements reflect her dedication and intelligence. At UC Irvine, Jasveen not only maintained an impressive GPA but also contributed to campus life through her active involvement in an academic fraternity. Her drive for excellence led her to further her education at a top business school, and she went on to build a professional career, including a position at LegalZoom.

What truly sets Jasveen apart is her enormous heart and selfless nature. I have witnessed countless instances where she has put the needs of friends and family before her own, offering not just emotional support but practical help whenever someone is in need. Her generosity isn't limited to close friends – Jasveen has a unique gift for making even new acquaintances feel valued and understood.

I have personally witnessed Jasveen's extraordinary work ethic and dedication to her family through their family business. During our college years, I had the opportunity to observe their work firsthand at their family-operated KFC restaurant. Despite being a full-time college student, Jasveen would regularly work at the counter, helping to manage operations. Their restaurant was located in a challenging neighborhood with a significant homeless population, yet Jasveen and her family transformed this circumstance into an opportunity for kindness. They regularly donated food to those in need, treating every patron – regardless of their

circumstances – with dignity and respect. This experience demonstrated Jasveen's ability to balance hard work with humanitarian values, all while maintaining her academic commitments.

In all the years I have known Jasveen, I have never once witnessed her exhibit any aggressive behavior – in fact, quite the opposite. She is known among our friends for her remarkably calm and levelheaded demeanor. I have personally observed numerous occasions where she has skillfully de-escalated tense situations in social settings, whether at restaurants or bars, using her natural diplomacy and composure to restore peace. This consistent pattern of measured responses and conflict resolution speaks to her fundamental character.

While I understand that Jasveen is currently facing serious charges, I believe this situation is entirely out of character for the person I have known for nearly three decades. I know she takes full responsibility for her actions and views this as a profound learning experience. The Jasveen I know is someone who consistently demonstrates good judgment and consideration for others.

Jasveen comes from a hardworking, close-knit family whose values are reflected in her own character. Having spent considerable time with her family over the years, I can attest to the strong support system and loving environment they provide. Their dedication to each other and to building a better life through honest work has shaped Jasveen into the person she is today.

Given her intelligence, educational background, and proven track record of positive contributions to both her family and community, I firmly believe Jasveen has an immensely bright future ahead of her. She possesses the qualities our society values: compassion, intelligence, work ethic, and the ability to bring people together. These attributes, combined with her strong family support system and peaceful nature, make her someone who can continue to make meaningful contributions to her community.

I am available to provide any additional information the court may require and can be reached at the below phone number and email.

Respectfully submitted,

Eiman Behzadi
Co-founder and CEO Traceback.ai
Phone: 202-213-4775
Email: Emon.Behzadi@gmail.com

Sahar Shahabi
18960 Ventura Blvd #304 Tarzana

**To Whom It May Concern,**

I am writing to provide a character reference for Jasveen Sangha, a friend whom I have had the privilege of knowing for 28 years. I am fully aware of the charges brought against her and the upcoming court proceedings, and I feel it is important to offer my perspective on her character and conduct.

Throughout our many years of friendship, I have witnessed Jasveen demonstrate unwavering integrity, intelligence, and a deep sense of compassion. We grew up together, and even as children, she was always known for her sharp mind and her ability to understand complex concepts with ease. It was clear from an early age that she had a natural curiosity and a genuine love for learning. Whether it was acing school assignments or helping classmates understand difficult subjects, Jasveen's intellectual abilities were always evident.

But beyond her intellect, what truly stands out about Jasveen is her loyalty and kindness as a friend. Throughout school, she was not only an academically driven individual but also a supportive and reliable friend. She always made time to help others, whether they were struggling with personal issues or needed assistance with their studies. Jasveen's kindness and thoughtfulness extended to everyone around her. I can personally attest to her being there for me and others during some of the most challenging times in our lives, providing a listening ear and offering genuine support.

In the years I have known her, I have seen Jasveen act with honesty and respect toward everyone she meets. She has always treated others with dignity, regardless of their background or circumstances. These qualities have shaped her into the person she is today—someone who cares deeply about the well-being of others and strives to make a positive impact in her community.

I fully understand that the charges brought against Jasveen are serious, but I firmly believe that they are completely out of character for the person I know. Jasveen has made a mistake, and while I am not excusing her actions, I can confidently say that she is deeply remorseful for what has occurred and the consequences it has caused. I believe this mistake does not define her as a person, and she is deserving of the opportunity to learn from this experience and make amends.

I kindly ask the court to take into consideration Jasveen's long-standing positive contributions to her community and the many years of integrity and kindness she has shown throughout her life. I have no doubt that with the right guidance and support, Jasveen will continue to contribute positively to society and grow from this experience.

Thank you for taking the time to consider my perspective. I truly believe Jasveen deserves an opportunity for redemption and rehabilitation, and I am confident that she will emerge from this challenge a stronger and more thoughtful individual.

Sincerely,
Sahar Shahabi
Spourfathi6@gmail.com, (818) 518-5243

Perla Hudson

12555 Biscayne Blvd #420

North Miami, Fl. 33181

818-300-3126

September 17, 2025

To the Honorable Court,

My name is Perla Hudson, and I am writing to share my experience and deep respect for my friend, Jasveen Sangha. I have known Jasveen since 2012, and over the years she has become like a younger sister to me and a beloved "fairy godmother" to my sons.

From the very beginning, Jasveen struck me as someone with a bubbly, kind, and warm personality. She is highly educated and comes from a wonderful family. She is deeply family-oriented—everything in her life has always revolved around her family. That same devotion extended naturally to her friendships. Whenever I hosted my sons' birthdays or family events, Jasveen was there, not just as a guest but as someone ready to help in any way she could.

Another defining quality of Jasveen is her faith. She is a devout Sikh woman, and her religion and daily prayers have always been central to her life. Her spirituality gave her a sense of humility, compassion, and service to others, values she carried into every relationship.

When I went through my divorce, one of the most difficult times of my life, Jasveen was a constant and loyal friend. Divorces often bring turmoil, uncertainty, and loneliness. What mattered most to me then was having

someone who didn't have an agenda or any personal gain in mind. Coming from a celebrity world, I've often experienced people who wanted something from me or my family. But Jasveen was never like that—she wasn't there to take, only to give. She showed up when I needed her most, whether with a simple act of kindness like soup and balloons when someone was ill, or by helping me write school applications for my son. Her friendship was selfless, steady, and genuine.

She has also demonstrated her compassion and sense of service in broader ways. Together, we became involved with the nonprofit BuildOn, raising funds and preparing to travel to Guatemala to build a school. When political unrest canceled that trip, we shifted our efforts toward Malawi. Although Jasveen was unable to join me on that journey due to her current legal situation, she has continued to contribute even from prison. She has been helping me shape my own nonprofit—providing input on mission statements, prospectuses, and board development. This speaks volumes about her heart and her desire to serve others, even under incredibly difficult circumstances.

To me, Jasveen embodies three words: kindness, compassion, and family. She has never been violent, or malicious. She is not the person that her current charges may suggest, albeit she has made some big mistakes. I can attest that she is a loving, giving, and faithful human being who has been a blessing in my life and the lives of my children.

I respectfully ask the Court to consider her true character and sentence her accordingly, with understanding and leniency. Jasveen is not a danger to society—she is someone who, when given the chance, will continue to enrich and uplift those around her.

Thank you for your time and consideration.

Sincerely,

Imran Opel

3001 Burj Khalifa

Dubai United Arab Emirates

imranopel@gmail.com

+97152 2222813

November 5th 2025

Dear Honorable Judge Garnett

My name is Imran Opel And I am writing to provide a character reference for my friend Jasveen
Sangha. I am a financial analyst for 15 years and have known Jasveen For 17 years. We met in
London in 2008 while she pursued her MBA at Hult international Business School.

I have seen Jasveens character shine through in countless ways, through loyalty, compassion
and an unshakeable commitment to doing good. One moment defines her: A few years ago I
was in crisis after a long term relationship ended. Jasveen rearranged her schedule, took time
off to support me. She helped me pack, move and offered strength when I had none - that kind
of selflessness Is who Jasveen is at core.

Jasveen Is a devout Sikh by faith who lives by the principles of Seva ( selfless service). Her faith
teaches that every person is equal and that redemption and growth is always possible. In Los
Angeles she has served at the Gurdwara ( Temple).

She is deeply devoted to her family and is very close to her grandparents. Consistently puts their
needs first, and spends time ensuring their comfort. She recently lost her grandfather and her
stepfather, yet has shown remarkable resilience.

I value accountability and I know Jasveen does too. She is a good person, with guidance, mercy
and teachings of her faith she can emerge stronger, more humble and devoted to doing good.

Thank you for taking the time to read my letter and for considering my perspective and
respectfully ask the court to consider the true person Jasveen is and leniency in her sentencing.

Sincerely,

Imran Opel

Financial Analyst (15 years)

Dubai, United Arab Emirates

July 22, 2025

RE: CHARACTER LETTER FOR JASVEEN SANGHA

To Whom It May Concern,

My name is Leila Vaziri, and I've known Jasveen Sangha since we were 14 years old where we met at Calabasas High School. Here we are some 27 years later, and while our lives have taken different paths, Jasveen has remained a familiar and steady presence in my life. Over the years, we've celebrated birthdays, shared milestones, and maintained a connection rooted in mutual respect and history.

What has always stood out to me about Jasveen is her warmth, loyalty, and deep love for her family. From a young age, she dreamed not only of professional success but also creating a close-knit family of her own. She's someone who values connection, tradition, and being there for the people in her life. She was always so studious and truly one of the smartest women I know and her degrees can back that. She always took pride in all that she did. Whether it was school or planning an event she did it with her all. Sometimes life takes you in a direction you never imagined or ever wanted to go.

Jasveen was always the one we thought would be the first to settle down, to have a beautiful family, and a bright future. She had big dreams, a big heart, and so much promise. What's happening now is heartbreaking, because it's so far from the path she once envisioned for herself and what we all envisioned for her.

Though she lived a more social lifestyle than I did, I always felt completely respected and safe in her presence. Jasveen was never the type to pressure or influence anyone into something negative. On the contrary, she's been a supportive and inclusive friend, someone who looks out for others, regardless of the setting.

I know recent events have cast her in a difficult light, and I can't speak to every detail of the situation. But I do know the Jasveen I've known for nearly three decades is layered, thoughtful, kind and generous to all those around her. She, more than anyone is strong and fully capable of growth and being a very productive member of society. I genuinely believe she has all it takes to turn her life around. With the right support and opportunity, I believe she can move forward and contribute in meaningful ways. Everyone deserves the chance to grow from life's hardest moments and I believe Jasveen is deserving of that second chance. She is more than what's being portrayed in the media and I hope this letter adds a fuller picture of who she's been to those around her.

Sincerely,

Leila Vaziri
818-355-5069
Leila_vaziri2001@yahoo.com



**KHALSA CARE FOUNDATION**

ਗੁਰਦੁਆਰਾ ਸਰਬ ਸਾਂਝਾਂ ਦਰਬਾਰ

9989 Laurel Canyon Blvd.,
Pacoima, CA 91331
Phone: (818) 796-7700
khalsacarefoundation.us



To Whom It May Concern,

May 5, 2025

Jasveen Sangha has exemplified the values of compassion, selflessness, and service to the community that are core to Sikh teachings. She has actively participated in charitable work and dedicated her time and resources to Sewa (selfless service). Her dedication ensured that hundreds of individuals and families received meals during one of the most trying periods in recent memory. Her family and Jasveen Sangha have also been generous donors to the Khalsa Care Foundation and other gurdwaras' charitable initiatives. As an adult, her willingness to give, both financially and through her time and energy, reflects her deep commitment to helping others.

Over the years, I have observed Jasveen Sangha consistently demonstrate integrity, kindness, and a strong moral character. Whether through her active participation in religious gatherings, her involvement in community service, or her support for those facing hardship, she has always been a pillar of strength and generosity within our community. I firmly believe that Jasveen Sangha is a person of good character who has the potential to learn and grow from this experience. Her dedication to serving others and her positive contributions to our community should not be overlooked.

I respectfully request that you consider Jasveen Sangha's history of selfless service and charitable contributions as a reflection of her true character. I remain confident in her ability to rehabilitate and continue making a positive difference in the lives of others. Should you require any further information, you can contact me, Sukhi Sandhu, or the undersigned witness will be more than happy to provide it.

Daljeet Sing Lal (Witness)
26969 Helman Drive
Calabasas, CA 91301
(818) 999-3636

Palwinder Kaur Thiara (Witness)
12325 Jeremy Place
Garnada Hills, CA 91344
(818) 395-1027

Sukhi Sandhu
Chief Financial Officer
Khalsa Care Foundation
(805) 402-5050

—— OUR MISSON ——
COMMUNITY WORK • PROMOTE SIKHISM • SUNDAY PUNJABI SCHOOL
GURBANI AND KIRTAN CLASSES AND MUCH MORE...

Version June 2019

November 4th, 2025

To Honorable Judge Ms. Garnett,

My name is Artie Sinaplidis, and I am writing to respectfully share my perspective on Jasveen Sangha, whom my wife and I have known for many years. I understand the gravity of the charges before her, but I wish to speak to her character — to the person we have seen consistently through friendship and everyday life.

Jasveen is one of those rare individuals who brings light and positivity wherever she goes. Despite the recent portrayal of her in the media, she has always carried herself with calmness, humility, and an earnest desire to do right by others. She comes from a close, loving family that instilled in her a deep respect for community and a sense of responsibility to those around her. She has often spoken about her goals, her love for her family, and her desire to build a life that would make them proud.

In my experience, Jasveen has never been reckless or malicious. She is introspective, kind, and deeply human — someone who takes care of her friends and approaches life with heart. Over the years, my wife and I have seen her offer support to others in quiet, generous ways — never for attention, but because she genuinely cares. The person described in recent reports does not reflect the Jasveen we know. She is not defined by one chapter or one mistake; she is a full, complex person capable of growth and redemption.

I understand that the court must weigh justice carefully, but I hope you can also see the capacity for change in her. She is surrounded by people who love her, who believe in her, and who will ensure she has the structure and support needed to rebuild her life with purpose. I have no doubt that, given that opportunity, she will emerge as a better, wiser, and more grounded person — someone who contributes meaningfully to her community and honors the lessons she has learned.

Thank you for taking the time to consider this letter and to see beyond the headlines. I write this not to minimize the situation, but to remind the court of the humanity that exists within it. Jasveen is a good person who made mistakes, and she deserves the chance to grow from them.

Respectfully,
Artie Sinaplidis

# LAW OFFICES OF CHAKA H. GROSSMAN, ESQ.

Phone: (818) 783-7753                                   Fax/Alt: (818) 784-7753

Email: chakaslaw@icloud.com

November 21, 2025

The Honorable Judge Sherilyn Peace Garnett

United States District Court  (Central District of California Western Division)

350 West First Street, Los Angeles, CA 90012

Re: Character Reference for Jasveen Sangha

Dear Honorable Judge Garnett,

I am writing to you regarding Jasveen Sangha, a person I have known as a close friend for over 17 years. While I am an attorney, I write this letter not in a professional capacity or as legal counsel, but solely as someone who has witnessed Jasveen's character in her private life, long before these tragic events unfolded.

I am fully aware of the extremely grave nature of the charges Jasveen has pleaded guilty to and the permanent loss of life involved. I have read the reports painting her as a callous operator, but I feel compelled to write because that portrait is irreconcilable with the woman I have known for nearly two decades.

The Jasveen I know is defined by empathy, not indifference. I experienced this firsthand during a painful period in my life when my beloved pet fell ill and passed away. Jasveen did not just offer casual condolences; she was a constant, active source of support, checking in daily and sitting with me in my grief. Similarly, when her own grandfather passed away, I witnessed the depth of her love and devotion to him. Her pain was visceral because her connection to her family was so deep. She has always been a person who cherishes life and relationships.

LAW OFFICES OF CHAKA H. GROSSMAN, ESQ.

Phone: (818) 783-7753                                                    Fax/Alt: (818) 784-7753

Email: chakaslaw@icloud.com

I have also witnessed her intellectual and academic drive. I was incredibly proud when she earned her MBA from Hult International Business School in London. She has a brilliant mind and, for years, demonstrated a drive to build a legitimate future. It is heartbreaking to see that potential warped into the conduct detailed in this case.

I genuinely believe that the Jasveen standing before you is not devoid of a conscience. In our conversations, I have seen a woman who is struggling to reconcile her actions with the person she believed herself to be. I believe her remorse is real and that she is tormented by the knowledge of the pain she has caused.

Given her education and the fundamental kindness I have seen in her for 17 years, I believe Jasveen has a high capacity for rehabilitation. She is not beyond redemption. I am confident that she will use her sentence to understand the flaws that led her here, and that she has the capacity to eventually return to society committed to atonement.

Thank you for allowing me to provide this perspective on the person I know.

Respectfully submitted,

Chaka H. Grossman, Esq.

Jasvir Singh Basi
West Hills, CA 91307
Jbasi7@outlook.com
818 399 2533

August 20, 2024

**To Whom It May Concern**

Re: Jasveen Sangha

I am Jasvir Singh Basi, a retired teacher from the Los Angeles Unified School District (LAUSD). I am the maternal uncle of Nilem Sangha, Jasveen Sangha's mother, and have known Jasveen since the day she was born.

I am writing to offer my unwavering support and character reference for Jasveen Sangha. I have watched her mature into a remarkable young woman. As an infant, Jasveen and her mother resided with my family for a year. Jasveen attended elementary, middle, and high school alongside my younger daughter, Rosina, who is approximately nine months older.

Jasveen dedicated her time to volunteering at the Motion Picture Fund facility in Calabasas, providing care to elderly members of the film industry. She is a graduate of the University of California, Irvine, with a Master's in Business Administration. During her university years, Jasveen was an active member of the Alpha Kappa Psi Fraternity.

Throughout her life, I have consistently observed Jasveen to be exceptionally kind, empathetic, compassionate, hardworking, and honest. Her character is beyond reproach. Jasveen has demonstrated a selfless spirit by assisting friends in challenging situations, such as those experiencing abusive relationships. She has even opened her home to those in need, sharing her resources without hesitation.

I implore you to consider Jasveen as a whole person. I am absolutely convinced that she possesses the potential to make significant contributions to society given the opportunity to rectify this situation.

Thank you for your time and consideration. I earnestly hope you will grant Jasveen's case the thorough attention it deserves.

Sincerely,

Jasvir Singh Basi

November 4, 2025

To the Honorable Judge Ms. Garnett,

My name is Hannah Hausen, and I am writing this letter in support of my dear friend, Jasveen Sangha, whom I have known for many years. I understand the seriousness of the situation before the court, but I hope to provide perspective on the person I have come to know — a kind, thoughtful, and deeply family-oriented woman whose true character extends far beyond the headlines that now surround her name.

From the moment I met Jasveen, what struck me most was her warmth and her loyalty. She is the type of friend who remembers every birthday, who checks in when someone is struggling, and who carries herself with sincerity and humility despite coming from a family of means. Her generosity was quiet and constant — whether helping a friend through a move, hosting community art events, or simply being present for those around her. In all the time I have known her, I have only ever seen her act with kindness, grace, and a genuine desire to do right by others.

The public narrative that has emerged could not be further from the woman I know. The label "Ketamine Queen" — an invention of sensationalism — does not reflect the person Jasveen truly is. To those who know her personally, she has always been grounded, gentle, and conscientious. She is someone who had big dreams, a strong moral compass, and a deep sense of love for her family and community. Her parents raised her to value integrity and responsibility, and those values have guided her life in countless quiet ways.

I know Jasveen is deeply remorseful for the situation she finds herself in. This experience has profoundly changed her — it has humbled her and made her reflect on her choices, her associations, and her path forward. She is not a hardened person; she is a thoughtful young woman who made mistakes in judgment and has already suffered greatly because of them. I believe wholeheartedly that Jasveen has the strength, family support, and inner goodness to rebuild her life and to contribute meaningfully to society once again.

I respectfully ask the court to take into consideration the entirety of who she is — a daughter, a friend, and a person of compassion — and to allow her the opportunity to heal, to learn, and to move forward. I believe in her, and I will continue to stand by her as she takes responsibility and seeks to make amends.

With sincere respect and gratitude for your time and consideration,
Hannah Hausen

December 17, 2024

To the Honorable Judge,

My name is Ernie Delgado, and I am the CEO of an edtech company based in Southern California, an organization specializing in education technology. I have known Jasveen Sangha for nearly 20 years, and I would like to offer this character reference on her behalf.

Jasveen is one of the most thoughtful, intelligent, and personable individuals I know. Her kindness and generosity have always been apparent to those fortunate enough to know her. I fondly remember the time, just before her grandfather's passing, when Jasveen invited my wife and me to share tea with her and her lovely family. It was touching to meet the man she so deeply adored and often spoke of with such love and admiration. That day reflected her deep appreciation for family and nurturing spirit—qualities that have always been central to her character.

Jasveen is a highly educated and driven individual, and her intellectual and personal gifts give her a tremendous and unique potential to impact society positively. She has a remarkable ability to connect with others, and I am confident she will use her experience to mentor and guide young women, showing them how to stay on the right path and make better choices.

It is apparent to me and others that Jasveen takes full responsibility for what has happened and feels deep remorse. Her strong desire to grow from this experience stands out to me most. I do not doubt that her determination to improve herself will lead to a positive and productive future where she not only remedies past wrongs but also becomes a role model for others.

Your Honor, I respectfully ask that you consider these aspects of Jasveen's character as you make your decision. She is not what the media has portrayed her to be. Quite the opposite. Her genuine remorse, her deep-rooted kindness, and her resolve to learn and move forward give me great hope and excitement for her future contributions to her family, her community, and society.

Sincerely,

Ernie Delgado, i.ernie@icloud.com

**Kamal Prasad**
16314 Ballinger St.,
North Hills, CA 91343
(747) 236 4198

October 20th 2025

**TO THE HONORABLE JUDGE**

**RE: Character Reference for Jasveen Sangha.**

Dear Judge,

I am writing to you with deep respect and sincerity to offer a character reference for Jasveen Sangha, who is currently awaiting sentencing before your court. I understand the seriousness of the situation and seek only to address the unfair vilification of Jasveen's name in the press; to which Jasveen and her family have had  no recourse to address. However, I hope my words may offer a more complete picture of the person she truly is.

My name is Kamal Prasad and I have spent the last 44 years working in Information Technology. As an experienced hiring manager, it is part of my job to ascertain whether new recruits are a). qualified to do the job; b). have the necessary characteristics to be part of a team, personality wise. I have to make these assessments in only one hour during an interview and pride myself on making accurate assessments.

I have known Jasveen for 32 years as a family friend, and I can say without hesitation that she is someone with a genuinely good heart. She has consistently demonstrated kindness, compassion, and a willingness to help others, even in tough times. She is not someone who takes their responsibilities lightly, especially when it comes to her family.

Jasveen is a deeply family-oriented person. I have witnessed firsthand the love, care, and commitment she gives to her parents and grandparents. Whether it being present for important milestones, supporting loved ones through tough times, or simply being a dependable and loving presence at home, Jasveen has always made family a top priority.

Through her hard work she has achieved a dual major bachelor's degree from UC Irvine and an MBA. This is evidence of her commitment to professional growth. She comes from a successful business family that has worked their fingers to the bone. So challenging work is in her DNA.

Jasveen Sangha

Page 1 of 2

I understand that Jasveen must be held accountable for her actions. At the same time, I respectfully ask that your sentencing consider the entirety of who she is. I genuinely believe this experience has already had a deep impact on her, and I have every confidence in her ability and willingness to learn from this and move forward in a positive, law-abiding way.

I ask you, Your Honor, to show compassion and allow Jasveen the opportunity to continue supporting her family through two recent bereavements. I believe in her potential to positively contribute to the community.

Thank you for your time and for considering my letter.


Respectfully,


*Kamal Prasad.*

January 23, 2025

To Whom It May Concern:

My name is James Glover, and I am a Television and Film producer in Los Angeles. Twenty-four years ago, I moved to California after graduating college in Tennessee. After a few years in L.A., I had the good fortune of meeting Jasveen Sangha almost 20 years ago through mutual friends, and she and I became good friends. Jasveen has always been loyal to friends and family, and her pleasant, reliable and outgoing manner has drawn people to her.

In 2012, I was working in New York City when my job abruptly ended. I returned to L.A. broken and with nowhere to go. Jasveen quickly jumped into action to find a place for me to land, and she found housing for me. It was at that time that Jasveen and I became very close. We bonded by sharing tough life experiences we had been through, and we leaned on each other as we worked through them.

Jasveen is very smart, she has a good heart, and she can do a lot of good in this world. Jasveen has a support system that is willing and able to be there for her, and I include myself in that.

I am available to verify this letter or to discuss anything further. Thank you for your time.

Sincerely,

James Glover
323.405.1443

Monday, November 3rd, 2025

To The Honorable Judge, Ms. Garnett -

My name is Heather Pardieu and I am writing this letter to you on behalf of my friend Jasveen Sangha. I appreciate you taking the time to read my thoughts on her character as I have known her personally for many years.

Jasveen has been nothing but a ray of light to me throughout the years and is genuinely a kind and thoughtful human. She consistently demonstrates compassion and is known amongst our friends as the type of person who wants to help others. Jasveen is an intelligent women, loves to laugh and truly loves her family more than I can express in words. Jasveen is the type of friend who celebrates my successes with me and also encourages me to keep going during moments of my life when I felt like giving up. I really want you to know how much she means to me and how impactful she has been in my life this far. She has a heart of gold and anyone who knows her would agree!

I respectfully ask of you to consider the person I know her to be - loving, good-hearted and a true friend. I am confident that given the opportunity, Jasveen will use this experience as motivation to move forward in a positive direction. She has so much to offer the world and those of us who know her will remain committed to supporting her in making those changes.

I miss my friend dearly.

Thank you again for your time and consideration.

Heather Pardieu

*Heather Pardieu*

Oliver Clarke
11233 Tierrasanta Blvd #51
San Diego, CA 92124

August 20, 2024

To Whom It May Concern,

My name is Oliver Clarke and I am writing this as a character reference for Jasveen
Sangha.  I have had the privilege of knowing Jasveen for the past 38 years since we were
both around three years old, she is a close family friend and like a sister to me.  When I
first met her in New York all those years ago before our families made the eventual
move to California, we had an instant bond as kids whether it was in the school
playground or just watching cartoons together and I still feel that bond to her today.
Jasveen has always been a warm and kind person to me and always been there for me
when I've needed to talk to someone.  Several years ago, I had a relationship in my own
life end where I needed some advice and to confide in a friend to get me through it
when I really felt I was at my wit's end.  We met for drinks and Jasveen was there for me
to offer an ear and show empathy for me when I needed it the most.  We talked for
hours until the bar ended up closing and I ended up feeling a lot better.  Jasveen is the
kind of person that would help her friends with anything, you ask her for something
and she would always oblige.  I've had other friends tell me stories of challenges they
faced in social settings where they felt awkward and Jasveen would encourage them to
overcome their feelings of anxiety in the moment.  She has gone above and beyond as a
friend for so many and is always one of the first people I would think to reach out to.
Thank you for reading and considering my letter.

Sincerely yours,

Oliver Clarke

28th Decemb

August 20, 2024

To Whom It May Concern,

I am writing this letter on behalf of my dear friend, Jasveen Sangha, whom I have known since 2012.
The Jasveen Sangha I know is a compassionate, thoughtful person who has consistently gone out of her way to make others feel valued and supported. Whether through daily check-ins, offering help, or simply asking how she could uplift others.

Her love for the arts was just one of the ways she enriched the lives of others. Jasveen's enthusiasm for culture and education was contagious, and every conversation with her left me and others feeling inspired and ready to see the world in a new light. She was a true lover of history and iconic cultural moments. It was her dream to share her passion for art and history with the world, teaching our friends about the events and cultures that have shaped our lives.

What truly sets Jasveen apart is her compassion She has an extraordinary ability to connect with people, listen without judgment, and offer help wherever it is needed. I've personally seen her lift others up when they were at their lowest, giving them hope and encouragement. Jasveen wasn't just a friend—she was someone who embodied kindness, integrity, and generosity.
Her true nature has always been one of curiosity, love for history, and a desire to make the world a better place through education and the arts. Her dreams extended far beyond the situation she now finds herself in; she envisioned a life full of creativity, culture, and positive influence.

While recent circumstances have painted a different picture I firmly believe that This situation does not reflect her true self.

I hope that this letter provides some insight into the real Jasveen Sangha—a thoughtful, and good-hearted individual with so much more to offer the world.

Thank you for your time and consideration.

Sincerely,
Heather Valente



Chino Office
12598 Central Ave. #219
Chino Ca, 91710
(909) 591-1444 Phone
(909) 591-7785 Fax

To Whom it May Concern,
I am a Board Certified Family Physician,
about 23 years and I am writing this char
known for more than 15 years.

When I first met Jasveen I was initially st
famous Indian movie star. I have gotten
it wonderful that she was as beautiful in

September 27, 2025

To the Honorable Judge,

My  name is Alejandrina Hernandez. I am a registered nurse with 20 years of experience. I am writing in support of Jasveen Sangha to offer my opinion on her character.

I have known the Sangha family for 19 years, having become part of the family by marriage. During that time, I have had the pleasure of knowing Jasveen closely. She has always been a warm and gentle person. Many evenings we shared conversations on the sofa about life, spirituality, and current events. In every interaction, I observed, Jasveen was kind, open minded, and accepting of others regardless of their race or spiritual beliefs.

I have maintained close relationships with her family over the years; I consider her family and will always regard her as my niece. She is one of the most intelligent young women I know, thoughtful, and discussion and respectful in conduct. The current situation she is facing is difficult for everyone who knows her, and it pains me to see her undergo this ordeal.

I had the honor and privilege to be with Jasveen during a very scary difficult time in her life.  She was facing a challenging medical situation and came out victorious.

I respectfully request that whoever reviews this matter consider Jasveen's consistently compassionate and responsible behavior over the years. My experience with her leads me to believe she does not match the negative portrayal circulating in the media.

Sincerely,

Alejandrina Hernandez, RN
1626 S Chapel Ave #A
Alhambra , CA 91801
Alexhernandez6415@msn.com
323-401-7225

To Whom It May Concern,

My name is Rob Samudrala.  I am a former prosecutor with the Ventura County District Attorney's office, and have been practicing criminal law since 1995. I am writing to provide a character reference for Jasveen Sangha. I have had the pleasure of knowing her and her family for over 20 years. Her uncle Paul, was a groomsman in my wedding Throughout this time, I have known Jasveen Sangha to be a person of strong moral character, integrity, and kindness.

 I had the privilege of witnessing Jasveen graduate from UC Irvine, an achievement that exemplified her dedication, work ethic, and perseverance. She has always approached life with a sense of responsibility and a commitment to doing what is right.

Recently, Jasveen has been going through a particularly difficult time, especially with the passing of her grandfather, with whom she shared a very close and loving relationship. This loss has deeply affected her, yet she has continued to demonstrate strength and resilience in the face of her grief. Despite these personal challenges, Jasveen has remained a caring and supportive individual to those around her.

I understand that Jasveen is currently facing legal proceedings. I want to emphasize that the person I know is someone who takes responsibility for her actions and has always strived to be a positive influence on those around her. I believe that any misstep on her part would be entirely out of character and likely influenced by the emotional toll of the recent challenges she has faced.

I hope that this letter will provide some insight into Jasveen's character. I believe in her ability to learn from this experience and to continue being a person of integrity and compassion. If you have any questions or need further information, please do not hesitate to contact me at 310-266-6440 or robsamudrala@gmail.com.

Thank you for your time and consideration.

Sincerely,

Rob Samudrala

Zahida                                    Bhutto,                                    M.D.
.                                420            N.            Fourth            Ave
. Covina, CA 91723

Tel:(626)915-4400

Cell 626 367 2162

Dated: 05/07/2025

To whom it May concern:

My name is Zahida Bhutto; I am a practicing cardiologist in the state of California. I completed my residency at Saint Mary's Hospital in Rochester New York over 37 years ago. The same institution where Dr. Ajmal Sangha, Jasveen Sangha's stepfather completed his residency.

After I met Ajmal Sangha, I also met Nilem Sangha, Jasveen's mother and instantly formed a great relationship with her.

 I have had the pleasure of knowing Jasveen since then. She was a young child. Over the years I have watched her grow into a thoughtful, intelligent and compassionate young woman. She has always demonstrated integrity, warmth and a deep sense of empathy for others.
Jasween had shown deep commitment to her studies with sincerity. With her dedication to her education, she was able to get the master's degree in business management and double major from UC Irvine. She carries herself with grace and has consistently shown great respect for those around her, both young and old, that I had witnessed at many of our family events. Jasween has faced significant personal emotional challenges including losing her grandfather who she was very close and played a central role in her upbringing. I have witnessed her resilience and emotional strength.

It is clear to me that she is the person who deeply values her relationship and her responsibilities.

I understand that she is currently facing legal charges but I believe it is important to emphasize the positive aspects of her character.  She has always been a respectable and compassionate individual, both in her personal life and within the community.  I have no doubt that she possesses the potential for rehabilitation and will learn and grew from this experience.

I offer this letter in sincere support for Jasween who I believe has so much to offer to this world. I respectfully ask that her character and potential be taken into thoughtful consideration.

If you require any further information, please feel free to contact me

Thanks,

Sincerely,

Zahida Bhutto

10356 Nevada Avenue,

Chatsworth, CA 91311

December 13, 2024

Subject: Jasveen Sangha

## To Whom It May Concern

My name is Prabhjot Dhaliwal, a resident of Chatsworth, CA 91311. I work for Quest Diagnostics as their National Quality Assessment Manager for Anatomic Pathology. I have worked for Quest and been a health care profession for the last 40 years, out of which, I have known Jasveen and her mom who is my friend, Neelam Sangha for the last 31 years.

Jasveen and Neelam are among the finest human beings that I have had the pleasure to know closely and the opportunity to spend happy and sad times together including the passing away of her grandpa.

Jasveen is a soulful, bright, kind, and compassionate young woman, always calm and collected, and exemplary among our family friends. She was 10, a little girl, when I first met her, being raised by her mom. I saw her growing up to be a hardworking, responsible, loving, and graceful woman including operating and managing her own salon business.

I even met her in London when I was visiting one of our Quest Laboratories in Hounslow and she was studying for her MBA. She made a point to take timeout to visit me. I met in the lobby of the Hilton airport hotel, and per her suggestion, we shared the sticky toffee pudding which I had never tasted before. I remember Jasveen wherever I am, and every time I eat that pudding.

She is very caring and has deep family values. I was very touched when she made it a point not to miss my grandson's first birthday.

Not just her and her mom, I have had the privilege of spending time with her whole family including her grandpa and grandma. Her late grandpa, a well-established and successful businessperson from London and her grandma is my loving Auntyji. We have spent many an evening's together, and Jasveen was always there to organize and help as she adores her parents and grandparents.

Jasveen is her mom's, family, and friend's emotional and practical support, often sacrificing time and resources to ensure wellbeing of everyone in her life.

My thoughts and prayers for Jasveen to be able to overcome this hardship and testing phase of her life to continue her commitment to family and personal growth and community involvement and to get a chance to excel in all aspects of her life.

Sincerely,

*Prabhjot Dhaliwal*

Prabhjot Dhaliwal

818-585-2631

Tuesday, 7th May, 2025

To: Whom it may concern in this matter.

From: Daljit Singh Lall

Subject: Character Reference for Jasveen Sangha

Dear Sir/Madam,

I am writing to provide a character reference for Jasveen Sangha. I have known her from the age of 3 years old to date. I have been somewhat of a father figure for Jasveen as she has had an absent father (due to divorce). During this time, I have had the opportunity to observe Jasveen's character and work ethic closely.

Jasveen consistently demonstrates positive qualities, her integrity, professionalism, responsibility, kindness, for others which has always been shown naturally. In a recent project, Jasveen took initiative to help a team member who was struggling with a difficult task, ensuring the project was completed on time and to a high standard. This project involved members with disabilities, she took the time and more importantly the patience to understand that this person with her disabilities needed to be encouraged that she was not any different then anybody else in the team.

Jasveen has an academic mind which flourishes when put under pressure more so to help others rather than herself first. An example which is best described as she being that tutor to less unfortunate students who need assistance to pass their exams to succeed to get employment in their field.

Jasveen has always been a quick learner and I have always been impressed with her ability to quickly take command of any situation which will provide valuable assistance to everyone involved, not only to her but more so to others. This has been clearly

recognized in the field of new technology within today's fast paced and uncertain world.

Please do not hesitate to get in touch with me whether via phone, email or in person to further expand on Jasveen being a great and considerate human being.

Your Truly

Daljit Singh LALL

(Restoration Specialist for Pre-War and Post-War Rolls Royce and Bentley Vehicles/Official Judge for Ferrari Southern California)

26969 Helmond Drive

Calabasas CA 91301

Tel: 818-999-3636

Email: lallrolls@gmail.com

November 4, 2025

Dear Judge, Ms. Garnett

I am writing to you in regard to my friend, Jasveen Sangha, who is currently before the court. I have known her for 14 years, and during that time I have come to know her as a person of honesty, kindness, and integrity. I fully understand the seriousness of the matter before the court, yet I hope to provide some insight into Jasveen's character and the person she truly is beyond this difficult situation.

Jasveen has always been someone who shows compassion and respect toward others. Throughout our friendship, she has demonstrated genuine care for those around her and a willingness to help others without hesitation. The actions that brought her before you are not reflective of the person I have known.

Your Honor, I respectfully ask that you consider Jasveen's long history of good character, her genuine remorse, and her  demonstrated potential for rehabilitation when making your decision. I believe that compassion and the opportunity for redemption will allow her to continue growing into the responsible, caring individual I have always known her to be.

Thank you for your time and consideration.

Respectfully,
Ramie Roth
rthreetimes@gmail.com

Dear Presiding Judge,

I am writing to give my perspective of the character of Jasveen Sangha, whom I have been friends with for 18 years. Ms. Sangha and I met after graduating from College, she has been a good friend and has demonstrated good moral character over the years. She has always been very close with her family, whom I have met and think very highly of. She has worked in various industries including Food Services, Beauty Services and Art Galleries in the Los Angeles area. We didn't see each other very often, but she has always remembered my birthday and usually sends me a handmade card. I consider her to be a very kind and thoughtful person. I know she was experiencing difficult times following the loss of her Grandfather in 2023. I think she may have been depressed and had made some poor decisions, but I think she deserves a second chance to reform and improve her standing within society.

Courtney Delgado (Educator)

28 October 2025
To the honorable judge,

I am a retired IT professional who has lived Los Angeles for 40+ years.

I have known Jasveen Sangha since she was 16 years old, through my friendship with her mother.

Jasveen has always been a responsible person, she has always been social, had a lot of friends, maintained good relationships with her teachers and has always excelled in school.

As she grew into adulthood, she went to college for her undergraduate degree, subsequently enrolling in an MBA program, she continued to thrive academically.

She is part of a close knit family, in Los Angeles and abroad, visiting grandparents and relatives frequently.

She has good relationships and is personable and friendly with everyone.

Sincerely
Sohaila Ishrati
22327 De Grasse Dr
Calabasas CA 91302
Sent from my iPhone