# Exhibit "B"

# Diploma of Graduation

## LAS VIRGENES UNIFIED SCHOOL DISTRICT

### Jasveen Sangha

having completed the prescribed Middle School course of study, is awarded this

Diploma of Graduation on the 12th day of June in the year 1997.

Principal

Superintendent

Members of the Las Virgenes
Board of Education

# President's Education Awards Program



*presented to*

JASVEEN SANGHA

*in recognition of*

## Outstanding Academic Achievement

*Dick Riley*

1997

*Bill Clinton*

U. S. Secretary of Education

President of the United States

Principal

School

# Honor Roll



We, the undersigned, hereby declare that

## Jasveen Sangha

has completed all academic requirements
to be listed on the Honor Roll of
Calabasas High School
for  Fall 1998-99

presented on April 6, 1999

JIM CHRISTIANSON                  STEVEN ROSENTSWEIG

19-64683-1931781



**GSE**
GOLDEN STATE EXAMINATION

# Academic Excellence Award

*This certifies that*

**JASVEEN  SANGHA**

*has demonstrated outstanding academic achievement on
the 1999 Golden State Examination in*

*Biology
with
Recognition*



*Delaine Eastin*

Superintendent of Public Instruction

# Certificate of Appreciation

## Presented to

*Jasveen Sangha*

in appreciation for the valuable contribution given to
the Junior Volunteer Program
at the Motion Picture and Television Fund.
Our sincere gratitude is extended to you on
this 11th day of September 1999.



MOTION
PICTURE &
TELEVISION
FUND



Junior Volunteer Coordinator



# Honor Roll

*We, the undersigned, hereby declare that*

## Jasveen Sangha

*has completed all academic requirements
to be listed on the Honor Roll of
Calabasas High School
for Spring 1998-1999 and Fall 1999-2000*

*presented on April 4, 2000*

Susan Allen - Principal

Steven Rosentsweig - Assistant Principal



# Service Learning

### A W A R D

We, the undersigned, acknowledge and congratulate

## Jasveen Sangha

for successfully performing
twenty-five or more hours of
service to the school or community
over the
last 365 days.

Susan Allen – Principal

Steven Rosentsweig – Assistant Principal

presented on April 4, 2000

Certificate of Life Membership

# California Scholarship Federation

**W**hereas _____ Jasveen Sangha _____

a member of Chapter Number _994SC_ of this Federation has been awarded the seal of the Chapter on _____her_____ diploma of graduation by reason of consistent and superior Scholarship and Service this certificate of life membership is hereby issued.

In witness whereof we have affixed our signatures and the Chapter seal of the California Scholarship Federation

Given this _____fourth_____ day of _____June_____

two thousand and _____one_____

_Ellen McKaelin_
Chapter Adviser

_Joseph Auditti_
Principal

Calabasas High School
School



**ACADEMIC EXCELLENCE**

*Calabasas High School*

*congratulates*

**Jasveen Sangha**

for attaining a
total GPA of 3.00 or higher
in High School.

J. Guidetti – Principal

Steven Rosentsweig – Assistant Principal

June 4, 2001



# Calabasas High School

### Calabasas                California

## Las Virgenes Unified School District

## This Certifies That

## Jasveen Sangha

Has satisfactorily completed a Course of Study prescribed for Graduation from this School and is therefore awarded this

# Diploma

Given this month of June two thousand one.

_Joseph Iuvietti_
**Principal**

_John F. Fitzpatrick_
**Superintendent**

_Judy Jordan_
**President, Board of Education**

_Amy Berns_
**Vice President, Board of Education**

_Patricia Schulz_
**Clerk, Board of Education**

_Terilyn Finders_
**Member, Board of Education**

_Charlotte Meyer_
**Member, Board of Education**

# Hult International Business School

The Board of Trustees of Hult International Business School, an institution organized in the Commonwealth of Massachusetts and accredited by the New England Association of Schools and Colleges, acting upon the recommendation of the Faculty in recognition of the successful completion of the requisite course of study and required examinations have conferred upon

## Jasveen Sangha

the degree of

## Master of Business Administration

With all the rights, privileges, honors and marks of distinction appertaining, in witness whereof we have affixed our signatures on the twentieth of August in the year two thousand and ten.

Dr. Stephen J. Hodges
President

Richard J. Joseph
Provost