# Exhibit "C"



# CERTIFICATE OF COMPLETION

This certifies that on the 10th day of October 2025

Jasveen Sangha

Successfully completed the Assert Yourself Treatment Group

J. Page, MA
Special Populations Coordinator

# CERTIFICATE OF COMPLETION



This certifies that on the 27th day of October 2025

Jasveen Sangha

Successfully completed the Create: New Beginnings Treatment Group

_____
J. Page, MA
Special Populations Coordinator

# CERTIFICATE OF COMPLETION

**Metropolitan Detention Center Los Angeles, CA   Recreation Department**

**Be It Known That**

# Jasveen Sangha

**has successfully completed 6 hours of**

*"Beginning Yoga and Meditation "*

By

Yoga and Prison Ministries Volunteers

**AWARDED November 6ᵗʰ, 2025**



**Supervisor of Education/Recreation G. Chavez**

# CERTIFICATE OF COMPLETION

This certifies that on the 25th day of November 2025

Jasveen Sangha

Successfully completed the Alcoholics Anonymous Group

# CERTIFICATE OF COMPLETION



This certifies that on the 23rd day of March 2026

Jasveen Sangha

Successfully completed **Women's Relationship II** Course

_____

J. Page, MA
Special Populations Coordinator



# CERTIFICATE OF COMPLETION

This certifies that on the 23rd day of March 2026

Jasveen Sangha

Successfully completed **Understanding Your Feelings** Course

J. Page, MA
Special Populations Coordinator