### DECLARATION OF HAOXIAOHAN CAI

I, HAOXIAOHAN CAI, declare as follows:

1.    I am an Assistant United States Attorney for the Central District of California assigned to this case, United States v. Jasveen Sangha, 24-CR-236-SPG(A)-1.

2.    I am submitting this declaration in support of the Government's Response to the Sentencing Position of Defendant Jasveen Sangha and New Objections to the PSR, which references government Exhibits E-G attached to this declaration.

3.    **Exhibit E** contains true and correct copies of photographs depicting DEA Exhibits 16, 18, and 34, which were orange shaped pills found during a March 2024 search of defendant's residence in North Hollywood, California.

4.    **Exhibit F** is a compilation of three DEA laboratory reports containing the results of testing conducted by the DEA Southwest Laboratory for Exhibits 16, 18, and 34.

5.    **Exhibit G** is an excerpt of a December 25, 2024 jail call recording obtained from the U.S. Bureau of Prisons, Bates stamped USAO_0004707.  Because it is an audio file, the government will be separately lodging a CD of Exhibit G with the Court.

6.    The government also previously filed Exhibits A-D concurrent with its Sentencing Position for Defendant Sangha.  (Dkt. 127.)  Exhibits A and D were filed under seal.  Exhibit B is a true and correct copy of a message defendant received on her cellphone with redactions applied, which was found pursuant to a federal search warrant.  Exhibit C is a true and correct copy of an internet search found on defendant's cellphone, which was also found pursuant to a

federal search warrant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 3, 2026.

/s/
HAOXIAOHAN CAI