# Exhibit E



Case/GDEP: ▮▮▮▮▮▮▮▮▮

Exhibit #: 16

Date: March 19, 2024

Location: 11269 Camarillo Street #405, North Hollywood, CA

Acquired By: SA Ellis Beamon

Sealed By: SA Ellis Beamon

Witnessed By: SA Tyler Abrego

Drug Type: Meth

Weight: 385 Grams

CONFIDENTIAL- SUBEJCT TO PROTECTIVE ORDER





USAO_00041194