# Exhibit G

## Manually Lodged