HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
312 North Spring Street, Suite 1100
Los Angeles, California 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>Jasveen Sangha<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>24-CR-236-SPG(A)-1<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibit G to the Declaration of Haoxiaohan Cai In Support of the Government's Response to Defendant Sangha's Sentencing Position (Dkt. 135)

**Reason:**

☐ Under Seal

☐ In Camera

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

April 3, 2026
Date

Haoxiaohan Cai
Attorney Name

Plaintiff United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING