## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

| Case No.: | CR 24-00236-SPG-1 | Date: | April 8, 2026 |
|---|---|---|---|

Present: The Honorable **SHERILYN PEACE GARNETT, United States District Judge**

Interpreter:

| Patricia Gomez | ECRO | Ian Yanniello<br>Haoxiaohan Cai |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jasveen Sangha | √ | √ | | Mark John Geragos | √ | | √ |
| | | | | Alexandra Kazarian | √ | | √ |

**Proceedings:**     SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant is informed of her right to appeal.

Defendant's counsel requests a surrender date to allow Ms. Sangha to address a medical condition. The motion is discussed at sidebar. The Court denies the motion. The transcript portion of the sidebar is ordered sealed.

                                                                2    :    29

Initials of Deputy Clerk   PG